Order entered October 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00841-CR

### CLIFFORD CURTIS BELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-27307-Q**

## ORDER

The Court **REINSTATES** the appeal.

On October 11, 2012, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On October 15, 2012, we received the reporter's record. Accordingly, we **VACATE** the October 11, 2012 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

DAVID L. BRIDGES
JUSTICE